**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 06-7963**

---

JAMES C. HARRIS,

                                        Petitioner - Appellant,

        versus

VANESSA P. ADAMS, Warden,

                                        Respondent - Appellee.

---

**No. 07-6468**

---

JAMES C. HARRIS,

                                        Plaintiff - Appellant,

        versus

VANESSA P. ADAMS, Warden,

                                        Defendant - Appellee.

---

Appeals from the United States District Court for the Eastern District of Virginia, at Richmond.  Henry E. Hudson, District Judge.  (3:06-cv-00057-HEH)

---

Submitted:  May 10, 2007          Decided:  May 14, 2007

---

Before MOTZ and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

James C. Harris, Appellant Pro Se. Jonathan Holland Hambrick, OFFICE OF THE UNITED STATES ATTORNEY, Richmond, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

In these consolidated appeals, James C. Harris, a federal prisoner, appeals the district court's orders denying relief on his 28 U.S.C. § 2241 (2000) petition and subsequent Fed. R. Civ. P. 59(e) motion for reconsideration. Harris also appeals the district court's order denying his motion for release. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>See</u> <u>Harris v. Adams</u>, No. 3:06-cv-00057-HEH (E.D. Va. Nov. 1, 2006; Jan. 16, 2007; Mar. 23, 2007). We deny Harris's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>